# Court of Appeals
# of the State of Georgia

ATLANTA,  September 28, 2018

*The Court of Appeals hereby passes the following order:*

**A19E0014.  PEEK v. HARRINGTON.**

Having read and considered the "Emergency Motion for Extension of Time to File Interlocutory Appeal" the same is hereby DENIED. Such an extension is not allowed under the Rules of the Court of Appeals. See Rule 16 (d).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  09/28/2018*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*